Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA , <br><br> Plaintiff, <br><br> vs. <br><br> ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTAURANT, et al. <br><br> Defendants. | No. 1:17-cv-00493-AWI-SAB <br><br> **PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

Plaintiff Jose Acosta ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for June 27, 2017 at 9:45 a.m. for the reasons set forth below.

1. No defendants have appeared in this action.

2. Plaintiff filed a First Amended Complaint on June 6, 2016 (Dkt. 8), and served the First Amended Complaint on defendants Adriana Gabriela Gomez dba Zamora Carnitas Mexican Restaurant, Humberto Gomez dba Zamora Carnitas Mexican Restaurant, Edmundo Sanchez, and Rosalia Soledad Rodriguez Ruiz, by mail on June 6, 2017 pursuant to Federal Rule of Civil Procedure 5, as set forth on the proofs of service on file with the

Page 1

Court (Dkt. 9 and 10). Pursuant to Federal Rule of Civil Procedure 15(a)(3), said defendants' responsive pleadings are due on June 23, 2017.

3. Plaintiff is diligently attempting to serve newly named defendant Enrique Sosa with the summons and First Amended Complaint.

4. As the defendants have not yet appeared, Plaintiff has not had the opportunity to meet and confer with them to prepare the required joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for June 27, 2017 be continued to a date after August 27, 2017 at the Court's convenience.

Dated: June 20, 2017                    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Jose Acosta

## **ORDER**

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for June 27, 2017 be continued to August 31, 2017, at 3:30 p.m. before Magistrate Judge Stanley A. Boone in Courtroom 9 of the above-entitled Court.

IT IS SO ORDERED.

Dated: **June 22, 2017**

UNITED STATES MAGISTRATE JUDGE