# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTARAUNT, et al.,<br><br>　　　　　Defendants. | No. 1:17-cv-00493-AWI-SAB<br><br>ORDER RE NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS EDMUNDO SANCHEZ AND ROSALIA SOLEDAD RODRIGUEZ RUIZ ONLY |

On July 13, 2017, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendants Edmundo Sanchez and Rosalia Soledad Rodriguez Ruiz. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of Plaintiff's notice of dismissal, Defendants Edmundo Sanchez and Rosalia Soledad Rodriguez Ruiz shall be terminated in this action.

IT IS SO ORDERED.

Dated:   **July 13, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE