Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA,

          Plaintiff,

    vs.

ADRIANA GABRIELA GOMEZ dba
ZAMORA CARNITAS MEXICAN
RESTAURANT, et al.

          Defendants.

No. 1:17-cv-00493-AWI-SAB

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS; ORDER**

1   Plaintiff Jose Acosta ("Plaintiff"), and Defendants Adriana Gabriela Gomez dba

2   Zamora Carnitas Mexican Restaurant and Humberto Gomez dba Zamora Carnitas Mexican

3   Restaurant ("Defendants," and together with Plaintiff, "the Parties"), by and through their

4   counsel of record, pursuant to Local Rule 144, hereby stipulate as follows:

5   **WHEREAS,** Plaintiff and Defendants are engaged in settlement negotiations and are

6   hopeful that a settlement can be reached informally, and desire to conserve attorney's fees

7   which would be incurred in filing the responsive pleadings while they exhaust settlement

8   efforts;

9   **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties

10  that Defendants may have to and including August 10, 2017 to file a responsive pleading in this

11  matter. This extension of time does not alter the date of any event or any deadline already fixed

12  by Court order, but does exceed 28 days.

13

14  Dated:  July 24, 2017                    MISSION LAW FIRM, A.P.C.

15

16                                           */s/ Zachary M. Best*
                                             Zachary M. Best
17                                           Attorneys for Plaintiff
                                             Jose Acosta
18

19

20  Dated:  July 24, 2017                    LAW OFFICE OF TOMÁS NÚÑEZ

21

22                                           */s/ Tomas Nunez*
                                             Tómas Núñez
23                                           Attorney for Defendants
                                             Adriana Gabriela Gomez dba Zamora
24                                           Carnitas Mexican Restaurant and Humberto
                                             Gomez dba Zamora Carnitas Mexican
25                                           Restaurant

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Adriana Gabriela Gomez dba Zamora Carnitas Mexican Restaurant and Humberto Gomez dba Zamora Carnitas Mexican Restaurant, shall have to and including August 10, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **July 25, 2017**

UNITED STATES MAGISTRATE JUDGE