Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, <br><br> Plaintiff, <br><br> vs. <br><br> ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTAURANT, et al. <br><br> Defendants. | No. 1:17-cv-00493-AWI-SAB <br><br> **STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADINGS AND FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendants, Adriana Gabriela Gomez dba Zamora Carnitas Mexican Restaurant, Humberto Gomez dba Zamora Carnitas Mexican Restaurant ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including August 10, 2017 to file responsive pleadings in this matter (Dkt. 18);

**WHEREAS,** Defendants Edmundo Sanchez and Rosalia Soledad Rodriguez Ruiz were dismissed from the matter on July 14, 2017 (Dkt. 15);

Page 1

**WHEREAS,** Plaintiff previously requested, and the Court granted, a continuance of the Mandatory Scheduling Conference in this matter such that the Mandatory Scheduling Conference is now set for August 31, 2017 (Dkt. 13);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts, and to conserve Court resources;

**WHEREAS,** despite diligent efforts, Plaintiff has yet to effect service of the summons and First Amended Complaint on Defendant Enrique Sosa, which service must be effected by September 1, 2017 pursuant to Fed. R. Civ. P. 4(m). If Plaintiff cannot effect service by that date he will take alternative action, such as requesting additional time and/or leave to effect service by publication.

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for August 31, 2017 to a date at the Court's convenience on or after October 31, 2017. The Parties additionally stipulate to a further extension of time for Defendants' responsive pleadings, such that the responsive pleadings be filed on or before October 13, 2017.

Dated: August 21, 2017                    MISSION LAW FIRM, A.P.C.

                                          */s/ Zachary M. Best*
                                          Zachary M. Best
                                          Attorneys for Plaintiff,
                                          Jose Acosta

Dated: August 21, 2017                    LAW OFFICE OF TOMÁS NÚÑEZ

                                          */s/ Tómas Núñez*
                                          Tómas Núñez
                                          Attorney for Defendants
                                          Adriana Gabriela Gomez dba Zamora
                                          Carnitas Mexican Restaurant and Humberto
                                          Gomez dba Zamora Carnitas Mexican
                                          Restaurant

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendants, Adriana Gabriela Gomez dba Zamora Carnitas Mexican Restaurant and Humberto Gomez dba Zamora Carnitas Mexican Restaurant, must file their responsive pleadings is extended to and including October 13, 2017. The Mandatory Scheduling Conference currently set for August 31, 2017 is continued to November 14, 2017 at 3:45 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**August 22, 2017**__

UNITED STATES MAGISTRATE JUDGE