Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>       Plaintiff,<br><br>vs.<br><br>ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTAURANT, et al.,<br><br>       Defendants. | Case No. 1:17-cv-00493-AWI-SAB<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREAS,** the complaint in this matter was filed on April 7, 2017 (Dkt. 1);

**WHEREAS**, the first amended complaint in this matter, in which Defendant Enrique Sosa ("Sosa") was named, was filed on June 6, 2017 (Dkt. 8);

**WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all defendants are to be served 90 days from the date the complaint was filed, here September 5, 2017;

**WHEREAS,** Plaintiff, Jose Acosta ("Plaintiff"), has served Defendants Adriana Gabriela Gomez and Humberto Gomez (collectively "the Gomez Defendants") with the Summons (Dkt. 4 and 5) and the First Amended Complaint (Dkt. 9);

**WHEREAS,** Sosa is the only remaining defendant to be served in this action;

///

Page 1

**WHEREAS,** Plaintiff has been diligently attempting to serve Sosa with the Summons and First Amended Complaint but has not been able to effect service to date, and believes that Sosa is evading service, as more particularly set forth in the declaration of Zachary M. Best, filed herewith;

**WHEREAS,** Plaintiff believes that a full resolution of Plaintiff's claims will be impossible without the participation of Sosa;

**WHEREAS,** this request is made ex parte because the service deadline expires September 5, 2017. Plaintiff had hoped that this application would not be necessary, and that the ongoing efforts at service would be productive. However, it has now been determined that additional time will be needed to seek service via stake outs and possibly publication;

**WHEREAS,** counsel for the Gomez Defendants has stated that he does not oppose this request for relief from the service deadline.

**NOW, THEREFORE,** Plaintiff, by and through his counsel, hereby requests that he be given an additional 45 days from the current deadline of September 5, 2017 to October 20, 2017 within which to complete service of the complaint on Sosa (or take other appropriate action) in order to exhaust such efforts.

Dated: August 31, 2017	MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

## ORDER

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the First Amended Complaint on Defendant Enrique Sosa, is hereby extended from September 5, 2017 to October 20, 2017.

IT IS SO ORDERED.

Dated: **August 31, 2017**

UNITED STATES MAGISTRATE JUDGE