Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff
Jose Acosta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTAURANT, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00493-AWI-SAB<br><br>**PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREAS,** Plaintiff, Jose Acosta ("Plaintiff"), filed the Complaint in this matter on April 7, 2017 (Dkt. 1);

**WHEREAS**, the First Amended Complaint in this matter, in which Defendant Enrique Sosa ("Sosa") was first named, was filed on June 6, 2017 (Dkt. 8);

**WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all defendants are to be served 90 days from the date the complaint was filed, here September 5, 2017;

**WHEREAS,** Sosa is the only remaining defendant to be served in this action;

**WHEREAS**, the Court has previously extended the time within which Plaintiff must serve the First Amended Complaint on Sosa or take other appropriate action until October 20, 2017 (Dkt. 22);

Page 1

**WHEREAS,** Plaintiff has been diligently attempting to serve Sosa with the Summons and First Amended Complaint but has not been able to effect service to date, and believes that Sosa is evading service, as more particularly set forth in the declaration of Zachary M. Best, filed herewith;

**WHEREAS**, Plaintiff has tried to resolve this matter with the Gomez' Defendants counsel without success;

**WHEREAS,** Plaintiff believes that a full resolution of Plaintiff's claims will be impossible without the participation of Sosa;

**WHEREAS,** this request is made ex parte because the service deadline expires October 20, 2017. Plaintiff had hoped that this application would not be necessary, and that the ongoing efforts at service and/or settlement would be productive. However, it has now been determined that Plaintiff will need to request service by publication;

**WHEREAS,** Plaintiff will be filing a motion for service by publication and will require additional time to bring the motion and effect service by publication.

**NOW, THEREFORE,** Plaintiff, by and through his counsel, hereby requests that he be given an additional 45 days from the current deadline of October 20, 2017 to December 4, 2017 within which to complete service of the complaint on Sosa by publication.

Dated:                                                                    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

## **ORDER**

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the First Amended Complaint on Defendant Enrique Sosa, is hereby extended from October 20, 2017 to December 4, 2017.

IT IS SO ORDERED.

Dated: __**October 20, 2017**__

UNITED STATES MAGISTRATE JUDGE