# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADRIANA GABRIELA GOMEZ dba ZAMORA CARNITAS MEXICAN RESTAURANT, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-00493-AWI-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 26) |

The Court has reviewed Plaintiff Jose Acosta's request for an extension of time to file dispositive documents in this action and finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the time within which dispositional documents must be filed is extended to December 20, 2017.

IT IS SO ORDERED.

Dated: **December 7, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE